Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.   Not voting: CRANE, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY et al., Appellants, *v.* THE STATE TAX COMMISSION et al., Respondents.

*Tax* — *assessment against gross earnings of railway corporation in hands of receiver, appointed by federal court, valid.*

*People ex rel. Coney Island & Brooklyn R. R. Co.* v. *State Tax Commission,* 201 App. Div. 870, affirmed.

(Argued June 1, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 24, 1922, confirming, on certiorari, a determination of the State Tax Commission, assessing, under section 185 of the Tax Law, a tax in the sum of $22,905.11, based on the gross earnings of Lindley M. Garrison, as receiver of relator railway, for the year ending June 30, 1920, and determining that the relators are liable to pay said tax. The question was whether a receiver appointed by a federal court is liable to taxation under section 185 of the Tax Law.

*Harold L. Warner* and *George D. Yeomans* for appellants.

*Charles D. Newton,* Attorney-General (*C. T. Dawes* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, cLAUGHLIN, CRANE and ANDREWS, JJ.